[No. 3727–1. Division One. March 28, 1977.]

WILBUR E. REIBOLDT, *Appellant,* v. ALFRED R. BEDIENT, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 778597, James W. Mifflin, J., entered April 11, 1975. *Reversed* by unpublished opinion per Swanson, J., concurred in by Andersen, A.C.J., and Callow, J.

[No. 3919–1. Division One. March 28, 1977.]

MADELINE A. CAIOLA, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 767081, W. R. Cole, J., entered June 5, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4059–1. Division One. March 28, 1977.]

FRED BONNER, *Appellant,* v. JOHN McKOWN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 798356, Edward E. Henry, J., entered July 18, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4127–1. Division One. March 28, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. MURIEL FLOWERS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 68686, James W. Mifflin, J., entered September 15, 1975. *Affirmed* by unpublished per curiam opinion.